UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

                                      Case No. 13-CR-20483

vs.

                                      HON. GEORGE CARAM STEEH

D-1 JASON MATHUGH MICKENS,

        Defendant(s).
_____/

## ORDER GRANTING MOTION TO WITHDRAW [# 12], APPOINTING THE FEDERAL DEFENDER OFFICE AND SETTING STATUS CONFERENCE HEARING

A motion having been filed by retained counsel, James G. Schmier and Brian Dupuis to withdraw as attorney for defendant and after holding a hearing on August 21, 2013, with the defendant's concurrence, now therefore

IT IS ORDERED that counsels' Motion to Withdraw is HEREBY GRANTED and defendant's request for appointed counsel is GRANTED. The Federal Defender Office is appointed to represent the defendant.

A status conference/hearing is hereby scheduled for **September 26, 2013 at 2:30 PM.** The court finds that the ends of justice are served by granting this continuance and constitutes a period of excludable delay for speedy trial purposes.

Dated: August 21, 2013

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and the Federal Defender Office on August 21, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk